**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| DONALD ROBBINS, SR.,            )<br>                                 )<br>        Plaintiff,              )<br>    vs.                          )    1:04-cv-774-SEB-VSS<br>                                 )<br>DETECTIVE TODD LAPPIN,           )<br>                                 )<br>        Defendant.               ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 05/06/2005

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Donald Robbins, Sr.  DOC #138339
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111

Laurel Judkins
Office of Corporation Counsel
200 East Washington Street    Suite 1601
Indianapolis, IN 46204